# CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **Stephen T. Norman, Jr.**    SS#: **xxx-xx-4790**    Net Monthly Earnings: **580.91**

          **Beverly E. Norman**    SS#: **xxx-xx-9291**    Number of Dependents: **4**

1. Plan Payments:

( **X** ) Debtor(s) propose to pay direct a total of $ **267.69** ☐ weekly ☒ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or

( _____ ) Payroll deduction Order: To _____ for

                  $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **34,800.00** .

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| IRS | Taxes and certain other debts | $685.00 | $342.50 |

B. Total Attorney Fee: $ **\*\*2,750.00** ; $ **300.00** paid pre-petition; $ **820.00** to be paid at confirmation and $ **363.00** per month for 3 months, with $**275.00** per month until paid in full.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Everhome Mortgage Company** | **$114,043.00** | ☐ by Trustee ☒ by Debtor **$931.00** | **September 2011** | **$6,153.28** | **Through and Incl. Aug. 2011** | **0.00%** | **$113.95** |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Alabama Telco Credit Union** | **$163.00** | **$16,250.83** | **$20,150.00** | **$0.00** | **2006 Dodge 2500 Truck (115,000 miles)** | **6.25%** | **$346.02** | **Oct 2013** |
| **Snap On Credit** | **$22.00** | **$2,233.01** | **$2,233.01** | **$0.00** | **Hand Tools for work** | **24.90%** | **$69.14** | **Oct 2013** |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **-NONE-** | | | | |

IV. Special Provisions:

☒ This is an original plan.

☐ This is an amended plan replacing plan dated _____ .

☒ This plan proposes to pay unsecured creditors **100** %.

☒ Other Provisions: **\*\*Attorney's fees for Debtor's Attorney shall be paid with monthly fixed payments pursuant to Administrative order 11-01.**

Name/Address/Telephone/Attorney for Debtor(s)    Date **April 15, 2013**    **/s/ Stephen T. Norman, Jr.**

**/s/ Paula C. Greenway**                                   **Stephen T. Norman, Jr.**

**505 North 20th Street**                                   Signature of Debtor

**Suite 1125**                                         **/s/ Beverly E. Norman**

**Birmingham, AL 35203**                                **Beverly E. Norman**

Telephone # **205.324.4000**                                 Signature of Debtor

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy