CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **Stephen T. Norman, Jr.**   SS#: **xxx-xx-4790**   Net Monthly Earnings: **624.24**

**Beverly E. Norman**   SS#: **xxx-xx-9291**   Number of Dependents: **4**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **287.69** ☐ weekly ☒ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or
   ( ____ ) Payroll deduction Order: To _____ for
   $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **34,800.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| **IRS** | **Taxes and certain other debts** | $685.00 | $15.00 |

   B. Total Attorney Fee: $ **\*\*2,750.00** ; **$300.00** paid pre-petition; $ **520.00** to be paid at confirmation and $ **288.00** per month for 3 months, with **$30.00** per month until paid in full.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Everhome Mortgage Company** | $114,043.00 | ☐ by Trustee ☒ by Debtor $931.00 | May 2013 | $6,153.28 | Through and Incl. April. 2013 | 0.00% | $113.95 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Alabama Telco Credit Union** | $163.00 | $16,250.83 | $20,150.00 | $0.00 | 2006 Dodge 2500 Truck (115,000 miles) | 6.25% | $356.00 | Oct 2013 |
| **Snap On Credit** | $22.00 | $2,233.01 | $2,233.01 | $0.00 | Hand Tools for work | 24.90% | $69.14 | Oct 2013 |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **-NONE-** | | | | |

IV. Special Provisions:

☐ This is an original plan.
☒ This is an amended plan replacing plan dated **4/15/2013**.
☒ This plan proposes to pay unsecured creditors **100** %.
☒ Other Provisions: \*\*Attorney's fees for Debtor's Attorney shall be paid with monthly fixed payments pursuant to Administrative order 11-01.

Name/Address/Telephone/Attorney for Debtor (s)   Date **May 15, 2013**   **/s/ Stephen T. Norman, Jr.**
**/s/ Paula C. Greenway**   **Stephen T. Norman, Jr.**
**505 North 20th Street**   Signature of Debtor
**Suite 1125**   **/s/ Beverly E. Norman**
**Birmingham, AL 35203**   **Beverly E. Norman**
Telephone # **205.324.4000**   Signature of Debtor

## United States Bankruptcy Court
### Northern District of Alabama

| In re | Stephen T. Norman, Jr.<br>Beverly E. Norman | | Case No. | **13-01770** |
|---|---|---|---|---|
| | Debtor(s) | | Chapter | **13** |

### CERTIFICATE OF SERVICE

I hereby certify that on **May 15, 2013**, a copy of **Amended Plan Summary** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Alabama Telco Credit Union**
**1849 Data Drive**
**Birmingham, AL 35244**

**Everhome Mortgage Company**
**8100 Nations Way**
**Jacksonville, FL 32256**

**IRS**
**801 Tom Martin Drive**
**Stop 126**
**Birmingham, AL 35211**

**Snap On Credit**
**1125 Tri-State Parkway**
**Gurnee, IL 60031**

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief. Signed under penalty of perjury pursuant to the laws of the United States of America this **15th** day of **May**, 20**13** at ____, ____.

                                               **/s/ Paula C. Greenway**
                                               **Paula C. Greenway**
                                               **Greenway Law, LLC**
                                               **505 North 20th Street**
                                               **Suite 1125**
                                               **Birmingham, AL 35203**
                                               **205.324.4000 Fax:205.326.1150**
                                               **greenwaylaw@gmail.com**